UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ALLEN HESSMER, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-459 |
| ROLAND COLSON, | ) Judge Trauger |
| DERRICK SCHOFIELD, and TDOC, | ) |
| Defendants. | ) |

### ORDER

The plaintiff, John Allen Hessmer, has submitted to the undersigned a letter "Notice," with an attachment, as well as an "Affidavit of Complaint." The Clerk of Court is **DIRECTED** to file the Notice, with attachment, and the Affidavit, to make them part of the record in this case.

The plaintiff is directed to submit any further filings in this case to the Clerk of Court, 801 Broadway, Room 800, Nashville, TN 37203, rather than to the attention of the undersigned.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge