IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ALLEN HESSMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0459 |
| ) | Judge Trauger |
| ROLAND COLSON, Warden, ) | |
| DERRICK SCHOFIELD, and TDOC, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The plaintiff, John Allen Hessmer, has mailed to the court a copy of what appears to be a Brief that he has presumably filed with the Sixth United States Circuit Court of Appeals. It is hereby **ORDERED** that the Clerk shall docket this document in the file of this case, which is presently on appeal from this court.

It is so **ORDERED.**

Enter this 22nd day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge